```
1  Joseph Gabaeff, SBN 255054
   Gamma Law, P.C.
2  One Sansome Street, Suite 3500
3  San Francisco, California 94104
   Tel.: 415.901.0510
4  Fax: 415.901.0512

5  Attorney for STARTO ENTERTAINMENT, INC.
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| In Re 17 U.S.C. § 512(h) Subpoena to X CORP. | CASE NO. _____ |
|---|---|
| | **REQUEST TO THE CLERK FOR ISSUANCE OF SUBPOENA PURSUANT TO 17 U.S.C. § 512(h)** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Starto Entertainment, Inc. ("Starto") through undersigned counsel and its authorized representatives, hereby requests that the Clerk of this Court, pursuant to the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. 512(h), issue the proposed subpoena to X Corp. to identify certain alleged infringers of Starto's copyrights, as set forth in the supporting Declaration of Hiroyuki Nakajima ("Nakajima Decl.") being filed concurrently herewith.

In support of its request, Starto submits and attaches the following: (1) a proposed subpoena (see Exhibit A); (2) a sworn declaration attesting that the purpose for which the DMCA subpoena is sought is proper under the DMCA (see Nakajima Decl. ¶ 7); and (3) a copy of the Section 512(c)(3)(A) sent at Starto's direction to X Corp. (See Schedule 1 of Nakajima Decl.)

*[Signature Page Follows]*

Dated: June 28, 2024  **GAMMA LAW P.C.**

By: /s/ Joseph Gabaeff
Joseph Gabaeff
*Attorneys for Starto Entertainment, Inc.*